# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-3461
LT Case No. 1999-CF-001124-C

———————————————

GREGORY SIMPSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

3.800 Appeal from the Circuit Court for Marion County.
Timothy Thomas McCourt, Judge.

Gregory Simpson, Wewahitchka, pro se.

No Appearance for Appellee.

April 28, 2026

PER CURIAM.

AFFIRMED. *See Galindez v. State*, 955 So. 2d 517, 521-22 (Fla 2007) (citing *Washington v. Recuenco*, 548 U.S. 212 (2006)).

JAY, C.J., and WALLIS and MACIVER, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---